**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
Telephone: (201) 536-9220

Attorneys for Defendants
Merck & Co., Inc., David Anstice, H. Brewster Atwater, Jr., Marcia J. Avedon,
Derek Birkin, Lawrence A. Bossidy, William G. Bowen, Erskine B. Bowles,
Richard T. Clark, Celia Colbert, Johnnetta B. Cole, William M. Daley,
Linda M. Distlerath, Caroline Dorsa, Lloyd C. Elam, Charles E. Exley, Jr., Carlton S. Fiorina,
Niall FitzGerald, Kenneth C. Frazier, Raymond V. Gilmartin, William B. Harrison, Jr.,
Richard C. Henriques, Jr., Bernard J. Kelly, William N. Kelley, Peter S. Kim,
Shelly Lazarus, Judy C. Lewent, Mary M. McDonald, Heidi G. Miller, Alise S. Reicin,
Bradley T. Sheares, Thomas E. Shenk, Anne M. Tatlock, Samuel O. Thier,
Dennis Weatherstone, Wendell P. Weeks and Peter C. Wendell

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION, THE CONSOLIDATED DERIVATIVE ACTION AND THE CONSOLIDATED ERISA ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS<br>Case No. 2:05-CV-02368-SRC-MAS<br>Case No. 2:05-CV-02369-SRC-MAS |

**NOTICE OF MOTION TO ADMIT
DARIN P. McATEE, ESQ.,
PRO HAC VICE PURSUANT TO LOCAL CIVIL RULE 101.1 (c)**

PLEASE TAKE NOTICE that on Tuesday, February 17, 2009, the undersigned attorneys in the Consolidated Securities Action for Defendants Merck & Co., Inc., David Anstice, Lawrence A. Bossidy, William G. Bowen, Richard T. Clark, Celia Colbert, Johnnetta B. Cole, Linda M. Distlerath, Caroline Dorsa, Lloyd C. Elam, Kenneth C. Frazier, Raymond V. Gilmartin, William B. Harrison, Jr., Richard C. Henriques, Jr., Bernard J. Kelly, William N. Kelley, Peter S. Kim, Judy C. Lewent, Heidi G. Miller, Alise S. Reicin, Thomas E. Shenk, Anne

M. Tatlock, Samuel O. Their; attorneys in the Consolidated Derivative Action for Defendants Merck & Co., Inc., H. Brewster Atwater, Jr., Derek Birkin, Lawrence A. Bossidy, William G. Bowen, Erskine B. Bowles, Johnnetta B. Cole, William M. Daley, Lloyd C. Elam, Charles E. Exley, Jr., Niall FitzGerald, Kenneth C. Frazier, Raymond V. Gilmartin, William B. Harrison, Jr., Richard C. Henriques, Jr., William N. Kelley, Shelly Lazarus, Judy C. Lewent, Mary M. McDonald, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock, Samuel O. Thier, Dennis Weatherstone, Wendell P. Weeks and Peter C. Wendell; and attorneys in the Consolidated ERISA Action for Defendants Merck & Co., Inc., H. Brewster Atwater, Jr., Marcia J. Avedon, Derek Birkin, Lawrence A. Bossidy, William G. Bowen, Erskine B. Bowles, Johnnetta B. Cole, William M. Daley, Caroline Dorsa, Lloyd C. Elam, Charles E. Exley, Jr., Carlton S. Fiorina, Niall FitzGerald, Kenneth C. Frazier, Raymond V. Gilmartin, William B. Harrison, William N. Kelley, Judy C. Lewent, Heidi G. Miller, Bradley T. Sheares, Thomas E. Shenk, Anne M. Tatlock, Samuel O. Thier, Dennis Weatherstone, Wendell P. Weeks and Peter C. Wendell (collectively "Defendants") shall move before the Honorable Stanley R. Chesler, U.S.D.J. of the United States District Court in Newark, New Jersey, pursuant to Local Civil Rule 101.1 (c) for the admission of Darin P. McAtee, Esq., *pro hac vice* in the within proceedings; and,

PLEASE TAKE FURTHER NOTICE that, in support of this motion, the Defendants rely on the Certifications of Wilfred P. Coronato, Esq., and Darin P. McAtee, Esq.

A proposed order is enclosed.

Dated: January 23, 2009               Respectfully Submitted,

**HUGHES HUBBARD & REED LLP**
Attorneys for Defendants

By:  *s/ Wilfred P. Coronato*
         Wilfred P. Coronato