UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| This document relates to: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-CLW<br>Case No. 2:05-CV-02367-SRC-CLW |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL

Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock, and Samuel O. Thier (collectively, "Defendants") in the above-captioned action, having moved for entry of an order granting leave to file under seal (1) Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, dated August 13, 2012; and (2) Exhibits 1-8, 16, and 26 accompanying the Declaration of Matthew J. Boggess in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, dated August 13, 2012.

This Court having considered the papers submitted, and for good cause shown, finds that Defendants' Motion to file under seal should be GRANTED.

IT IS HEREBY ORDERED that Defendants' Motion be, and hereby is, granted in its entirety.

August 22, 2012

~~Stanley R. Chester~~
United States ~~District~~ Magistrate Judge