**SCHULTE ROTH & ZABEL LLP**
Martin L. Perschetz
Sung-Hee Suh
William H. Gussman, Jr.
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000

**LOWENSTEIN SANDLER PC**
Lawrence M. Rolnick
Sheila A. Sadighi
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-597-2500

*Counsel for Defendant Dr. Edward M. Scolnick*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation | MDL No. 1658 (SRC) |
| This Document Relates To:<br><br>The Stichting Pensioenfonds ABP Action Civil Action No. 05-5060 (SRC) | Case No. 2:05-CV-2367-SRC-CLW<br><br>**CERTIFICATE OF SERVICE** |

SHEILA A. SADIGHI, ESQ. of full age, on her oath, hereby certifies and says:

1. On September 17, 2012, I caused (i) Defendant Dr. Edward M. Scolnick's Answer to the Second Amended Complaint of Plaintiff Stichting Pensioenfonds ABP; and (ii) this Certificate of Service to be served via the Court's ECF system on all counsel of record in the above-captioned matter.

2.   Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2012                    By: s/ Sheila A. Sadighi

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
ssadighi@lowenstein.com