**SCHULTE ROTH & ZABEL LLP**
MARTIN L. PERSCHETZ
SUNG-HEE SUH
WILLIAM H. GUSSMAN, JR.
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000

**LOWENSTEIN SANDLER PC**
LAWRENCE M. ROLNICK
SHEILA A. SADIGHI
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-597-2500

*Counsel for Defendant Dr. Edward M. Scolnick*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE AFA LIVFÖRSÄKRINGSAKTIEBOLAG ACTION CIVIL ACTION NO. 07-4024 (SRC) | Case No. 2:05-CV-2367-SRC-CLW **CERTIFICATE OF SERVICE** |

SHEILA A. SADIGHI, ESQ. of full age, on her oath, hereby certifies and says:

1.     On September 17, 2012, I caused (i) Defendant Dr. Edward M. Scolnick's Answer to the Amended Complaint of Plaintiffs AFA Livförsäkringsaktiebolag, et al; and (ii) this Certificate of Service to be served via the Court's ECF system on all counsel of record in the above-captioned matter.

2.      Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated:  September 17, 2012

By: s/  Sheila A. Sadighi

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
ssadighi@lowenstein.com