## CERTIFICATE OF SERVICE

The undersigned certifies, under the penalties of perjury, that on September 21, 2012, a copy of the foregoing

**DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRSENTATIVES, AND APPOINTMENT OF CLASS COUNSEL;**

**EXHIBITS TO DECLARATION OF MATTHEW J. BOGGESS; and**

**CERTIFICATE OF SERVICE**

were filed electronically.   Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System, and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

Dated this 21st day of September, 2012, at New York, New York.

*Robert B. Zwillich*

Robert B. Zwillich