## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL 1658(SRC) |
| THIS DOCUMENT RELATES TO THE CONSOLIDATED SECURITIES ACTION | Case Nos. 02:05-CV-01151-SRC-CLW<br>02:05-CV-02367-SRC-CLW |

### NOTICE OF WITHDRAWAL

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Bruce D. Bernstein is no longer with Bernstein Litowitz Berger & Grossmann LLP and is hereby withdrawn as counsel for the Plaintiffs and co-lead counsel for the class. Bernstein Litowitz Berger & Grossmann LLP continues to serve as co-lead counsel for the Plaintiffs and the class through attorneys Salvatore J. Graziano, William C. Fredericks, and Adam H. Wierzbowski, who request that all future correspondence and papers in this action continue to be directed to them.

DATED:  November 12, 2012

CARELLA, BYRNE, BAIN, GILFILLAN,
  CECCHI, STEWART & OLSTEIN

By: s/ James E. Cecchi
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Tel.:  (973) 994-1700
Fax:  (973) 994-1744

*Co-Liaison Counsel for Plaintiffs*

**BERNSTEIN LITOWITZ BERGER &
 GROSSMANN LLP**
Salvatore J. Graziano
William C. Fredericks
Adam H. Wierzbowski
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444

*Co-Lead Counsel for Plaintiffs*