## CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| STUART W. GOLD | DAVID MERCADO | WORLDWIDE PLAZA | DAVID R. MARRIOTT | LAUREN ANGELILLI |
| JOHN W. WHITE | ROWAN D. WILSON | 825 EIGHTH AVENUE | MICHAEL A. PASKIN | TATIANA LAPUSHCHIK |
| EVAN R. CHESLER | CHRISTINE A. VARNEY | NEW YORK, NY 10019-7475 | ANDREW J. PITTS | ERIC L. SCHIELE |
| MICHAEL L. SCHLER | PETER T. BARBUR | | MICHAEL T. REYNOLDS | ALYSSA K. CAPLES |
| RICHARD LEVIN | SANDRA C. GOLDSTEIN | TELEPHONE: (212) 474-1000 | ANTONY L. RYAN | JENNIFER S. CONWAY |
| KRIS F. HEINZELMAN | THOMAS G. RAFFERTY | FACSIMILE: (212) 474-3700 | GEORGE E. ZOBITZ | MINH VAN NGO |
| B. ROBBINS KIESSLING | MICHAEL S. GOLDMAN | | GEORGE A. STEPHANAKIS | KEVIN J. ORSINI |
| ROGER D. TURNER | RICHARD HALL | | DARIN P. MCATEE | MATTHEW MORREALE |
| PHILIP A. GELSTON | JULIE A. NORTH | | GARY A. BORNSTEIN | J. WESLEY EARNHARDT |
| RORY O. MILLSON | ANDREW W. NEEDHAM | CITYPOINT | TIMOTHY G. CAMERON | YONATAN EVEN |
| FRANCIS P. BARRON | STEPHEN L. BURNS | ONE ROPEMAKER STREET | KARIN A. DEMASI | BENJAMIN GRUENSTEIN |
| RICHARD W. CLARY | KEITH R. HUMMEL | LONDON EC2Y 9HR | LIZABETHANN R. EISEN | JOSEPH D. ZAVAGLIA |
| WILLIAM P. ROGERS, JR. | DANIEL SLIFKIN | TELEPHONE: 44-20-7453-1000 | DAVID S. FINKELSTEIN | |
| JAMES D. COOPER | ROBERT I. TOWNSEND, III | FACSIMILE: 44-20-7860-1150 | DAVID GREENWALD | |
| STEPHEN L. GORDON | WILLIAM J. WHELAN, III | | RACHEL G. SKAISTIS | |
| DANIEL L. MOSLEY | SCOTT A. BARSHAY | | PAUL H. ZUMBRO | SPECIAL COUNSEL |
| PETER S. WILSON | PHILIP J. BOECKMAN | WRITER'S DIRECT DIAL NUMBER | JOEL F. HEROLD | SAMUEL C. BUTLER |
| JAMES C. VARDELL, III | ROGER G. BROOKS | | ERIC W. HILFERS | GEORGE J. GILLESPIE, III |
| ROBERT H. BARON | WILLIAM V. FOGG | (212) 474-1059 | GEORGE F. SCHOEN | |
| KEVIN J. GREHAN | FAIZA J. SAEED | | ERIK R. TAVZEL | |
| STEPHEN S. MADSEN | RICHARD J. STARK | | CRAIG F. ARCELLA | |
| C. ALLEN PARKER | THOMAS E. DUNN | | TEENA-ANN V. SANKOORIKAL | |
| MARC S. ROSENBERG | MARK I. GREENE | | ANDREW R. THOMPSON | OF COUNSEL |
| SUSAN WEBSTER | SARKIS JEBEJIAN | | DAMIEN R. ZOUBEK | PAUL C. SAUNDERS |

December 11, 2012

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation*
The Consolidated Securities Action, Nos. 05-CV-01151 and 05-CV-02367

Dear Magistrate Judge Waldor:

      We represent Defendants (other than Dr. Scolnick) in the above-captioned action. Defendants hereby withdraw their Motion to File Under Seal Defendants' Reply Memorandum of Law in Further Support of Defendants' Appeal of the October 5, 2012 Decision of the Magistrate Judge, which was filed November 13, 2012. (*See* No. 05-CV-01151, ECF No. 383; No. 05-CV-02367, ECF No. 439.)

Respectfully submitted,

Karin A. DeMasi

Honorable Cathy L. Waldor, U.S.M.J.
    United States District Court
        District of New Jersey
            Martin Luther King, Jr. Federal Building
              && U.S. Courthouse
                  50 Walnut Street
                      Newark, NJ 07101

VIA ELECTRONIC FILING

Copies to:

David A. P. Brower, Esq.
   Brower Piven
      A Professional Corporation
         475 Park Avenue South, 33rd Floor
           New York, NY 10016

Salvatore J. Graziano, Esq.
   Bernstein Litowitz Berger & Grossmann LLP
      1285 Avenue of the Americas
         New York, NY 10019

Mark Levine, Esq.
   Stull, Stull & Brody
      6 East 45th Street, 5th Floor
         New York, NY 10017

Richard H. Weiss, Esq.
   Milberg LLP
      One Pennsylvania Plaza
         New York, NY 10119

Paul B. Brickfield, Esq.
   Brickfield & Donahue
      70 Grand Avenue
         River Edge, NJ 07661

James E. Cecchi, Esq.
   Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
      5 Becker Farm Road
         Roseland, NJ 07068

Alfred C. Decotiis, Esq.
   Decotiis, Fitzpatrick & Cole LLP
      Glenpointe Centre West
         500 Frank W. Burr Boulevard
           Teaneck, NJ 07666

Geoffrey C. Jarvis, Esq.
   Grant & Eisenhofer P.A.
      485 Lexington Avenue, 29th Floor
         New York, NY 10017

John A. Kehoe, Esq.
   Kessler Topaz Meltzer & Check LLP
      280 King of Prussia Road
         Radnor, PA 19087

William H. Gussman, Jr., Esq.
   Schulte Roth & Zabel LLP
      919 Third Avenue
         New York, NY 10022

Eric S. Parnes, Esq.
   Hughes Hubbard & Reed LLP
      1775 I Street, NW
         Washington, DC 20006

VIA EMAIL PDF