UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE KBC ASSET MANAGEMENT NV ACTION CIVIL ACTION NO. 11-6259 (SRC) | Case No. 2:05-CV-02367-SRC-CLW |

**CERTIFICATE OF SERVICE**

BRYANT M. YU hereby certifies the following under the penalties of perjury:

I am over the age of 18 years, not a party to this action and employed by Cravath, Swaine & Moore LLP, located at 825 Eighth Avenue, New York, New York 10019.

On the 4th day of January, 2013, a true and correct copy of the

- **DEFENDANTS' ANSWER TO THE COMPLAINT OF PLAINTIFFS KBC ASSET MANAGEMENT NV, ET AL.**

was filed electronically. Those attorneys who are registered with the Court's Electronic Filing System (the "System") may access this filing through the System, and will be sent a notice of this filing by operation of the System.

Dated this 4th day of January, 2013, at New York, New York.

_____
Bryant M. Yu