UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-CLW<br>Case No. 2:05-CV-02367-SRC-CLW |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN MATERIALS FILED IN SUPPORT OF DEFENDANTS' APPEAL OF THE OCTOBER 5, 2012 DECISION OF THE MAGISTRATE JUDGE**

Defendants Merck & Co., Inc., Raymond V. Gilmartin, Peter S. Kim, Alise S. Reicin, Judy C. Lewent, Kenneth C. Frazier, Richard C. Henriques, Jr., David Anstice, Per Wold-Olsen, Lawrence A. Bossidy, William G. Bowen, Johnnetta B. Cole, Niall FitzGerald, William B. Harrison, Jr., William N. Kelley, Heidi G. Miller, Thomas E. Shenk, Anne M. Tatlock, and Samuel O. Thier (collectively, "Defendants") in the above-captioned action, having moved for entry of an order granting leave to file under seal (1) the confidential portions of Defendants' Memorandum of Law in Support of Defendants' Appeal of the October 5, 2012 Decision of the Magistrate Judge; and (2) Exhibits 1 and 2 accompanying the Declaration of Matthew J. Boggess in Support of Defendants' Appeal of the October 5, 2012 Decision of the Magistrate Judge; and this Court having considered the papers submitted, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion to file under seal be, and hereby is, GRANTED in its entirety.

The Clerk of Court should terminate docket numbers 373 in the 05-1151 matter and 416 in the 05-2367 matter

January 25, 2013

Cathy L. Waldor
United States Magistrate Judge