James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
   OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

Salvatore J. Graziano
William C. Fredericks
Adam H. Wierzbowski
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

Richard H. Weiss
Matthew A. Kupillas
Roland W. Riggs
David Pepper
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

David A.P. Brower
Brian Kerr
Benjamin J. Hinerfeld
BROWER PIVEN
   A PROFESSIONAL CORPORATION
488 Madison Avenue, 8th Floor
New York, NY 10022
(212) 501-9000

Jules Brody
Mark Levine
Patrick Slyne
STULL, STULL & BRODY
6 East 45th Street, 5th Floor
New York, NY 10017
(212) 687-7230

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-1151 (SRC) (CLW) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Civil Action No. 05-2367 (SRC) (CLW)<br><br>**[PROPOSED] ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing Plaintiffs' Brief in opposition to Defendants' appeal of the Court's October

5, 2012 Opinion and Order, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this ___15___ day of ~~December, 2012~~ Feb. 2013

ORDERED that Plaintiffs' Brief in opposition to Defendants' appeal of the Court's October 5, 2012 Opinion and Order, Docket Entry 376, are hereby sealed.

_____
CATHY L. WALDOR, U.S.M.J.