James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

| | |
|---|---|
| Salvatore J. Graziano | David A.P. Brower |
| William C. Fredericks | Brian Kerr |
| Adam H. Wierzbowski | Benjamin J. Hinerfeld |
| BERNSTEIN LITOWITZ BERGER | BROWER PIVEN |
|    & GROSSMANN LLP |    A PROFESSIONAL CORPORATION |
| 1285 Avenue of the Americas | 488 Madison Avenue, 8th Floor |
| New York, NY 10019 | New York, NY 10022 |
| (212) 554-1400 | (212) 501-9000 |
| | |
| Richard H. Weiss | Jules Brody |
| Matthew A. Kupillas | Mark Levine |
| Roland W. Riggs | Patrick Slyne |
| David Pepper | STULL, STULL & BRODY |
| MILBERG LLP | 6 East 45th Street, 5th Floor |
| One Pennsylvania Plaza | New York, NY 10017 |
| New York, NY 10119 | (212) 687-7230 |
| (212) 594-5300 | |

*Co-Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Civil Action No. 05-1151 (SRC) (CLW) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Civil Action No. 05-2367 (SRC) (CLW)<br><br>**<u>ORDER</u>** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing Lead Plaintiffs' Reply Memorandum In Further Support Of Lead Plaintiffs'

Motion For Class Certification, Appointment Of Class Representatives And Appointment Of Class Counsel and the exhibits annexed to the Reply Declaration Of James E. Cecchi, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this __15__ day of ~~December, 2012,~~ Feb 2013

ORDERED that Lead Plaintiffs' Reply Memorandum In Further Support Of Lead Plaintiffs' Motion For Class Certification, Appointment Of Class Representatives And Appointment Of Class Counsel and the exhibits annexed to the Reply Declaration Of James E. Cecchi, Docket Entries 378 and 379, are hereby sealed.

~~STANLEY R. CHESLER, U.S.D.J.~~

Cathy L. Waldor, U.S.M.J.

2