Michael S. Savett
NELSON LEVINE deLUCA & HAMILTON
535 Route 38 East
Suite 501
Cherry Hill, NJ 08002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE: MERCK & CO., INC., SECURITIES DERIVATIVE & "ERISA" LITIGATION | MDL No.: 1658 (SRC)<br>Civil Action No. 05-1151(SRC)(CLW)<br>Civil Action No. 05-2367(SRC)(CLW) |
|---|---|
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | **WITHDRAWAL OF APPEARANCE** |

Kindly withdraw my appearance as attorney for Defendant, XL Insurance (Bermuda) Ltd.

**NELSON LEVINE deLUCA & HAMILTON**

By: /s/ Michael S. Savett
**MICHAEL SAVETT**

DATED: March 21, 2013