# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| STUART W. GOLD | CHRISTINE A. VARNEY | | MICHAEL T. REYNOLDS | JENNIFER S. CONWAY |
| JOHN W. WHITE | PETER T. BARBUR | WORLDWIDE PLAZA | ANTONY L. RYAN | MINH VAN NGO |
| EVAN R. CHESLER | SANDRA C. GOLDSTEIN | 825 EIGHTH AVENUE | GEORGE E. ZOBITZ | KEVIN J. ORSINI |
| MICHAEL L. SCHLER | THOMAS G. RAFFERTY | NEW YORK, NY 10019-7475 | GEORGE A. STEPHANAKIS | MATTHEW MORREALE |
| RICHARD LEVIN | MICHAEL S. GOLDMAN | | DARIN P. MCATEE | J. WESLEY EARNHARDT |
| KRIS F. HEINZELMAN | RICHARD HALL | TELEPHONE: (212) 474-1000 | GARY A. BORNSTEIN | YONATAN EVEN |
| B. ROBBINS KIESSLING | JULIE A. NORTH | FACSIMILE: (212) 474-3700 | TIMOTHY G. CAMERON | BENJAMIN GRUENSTEIN |
| ROGER D. TURNER | ANDREW W. NEEDHAM | | KARIN A. DEMASI | JOSEPH D. ZAVAGLIA |
| PHILIP A. GELSTON | STEPHEN L. BURNS | | LIZABETHANN R. EISEN | STEPHEN M. KESSING |
| RORY O. MILLSON | KEITH R. HUMMEL | | DAVID S. FINKELSTEIN | LAUREN A. MOSKOWITZ |
| FRANCIS P. BARRON | DAVID J. KAPPOS | CITYPOINT | DAVID GREENWALD | DAVID J. PERKINS |
| RICHARD W. CLARY | DANIEL SLIFKIN | ONE ROPEMAKER STREET | RACHEL G. SKAISTIS | JOHNNY G. SKUMPIJA |
| WILLIAM P. ROGERS, JR. | ROBERT I. TOWNSEND, III | LONDON EC2Y 9HR | PAUL H. ZUMBRO | J. LEONARD TETI, II |
| JAMES D. COOPER | WILLIAM J. WHELAN, III | TELEPHONE: 44-20-7453-1000 | JOEL F. HEROLD | |
| STEPHEN L. GORDON | SCOTT A. BARSHAY | FACSIMILE: 44-20-7860-1150 | ERIC W. HILFERS | |
| DANIEL L. MOSLEY | PHILIP J. BOECKMAN | | GEORGE F. SCHOEN | |
| PETER S. WILSON | ROGER G. BROOKS | WRITER'S DIRECT DIAL NUMBER | ERIK R. TAVZEL | SPECIAL COUNSEL |
| JAMES C. VARDELL, III | WILLIAM V. FOGG | | CRAIG F. ARCELLA | SAMUEL C. BUTLER |
| ROBERT H. BARON | FAIZA J. SAEED | | TEENA-ANN V. SANKOORIKAL | GEORGE J. GILLESPIE, III |
| KEVIN J. GREHAN | RICHARD J. STARK | | ANDREW R. THOMPSON | |
| C. ALLEN PARKER | THOMAS E. DUNN | (212) 474-1059 | DAMIEN R. ZOUBEK | |
| MARC S. ROSENBERG | MARK I. GREENE | | LAUREN ANGELILLI | |
| SUSAN WEBSTER | DAVID R. MARRIOTT | | TATIANA LAPUSHCHIK | |
| DAVID MERCADO | MICHAEL A. PASKIN | | ERIC L. SCHIELE | OF COUNSEL |
| ROWAN D. WILSON | ANDREW J. PITTS | | ALYSSA K. CAPLES | PAUL C. SAUNDERS |

March 28, 2013

*In re Merck & Co., Inc. Securities, Derivative & ERISA Litigation*
The Consolidated Securities Action, No. 05-CV-02367

Dear Mr. Walsh:

      We write on behalf of all Defendants[1] in the above-captioned action to invoke, pursuant to Local Rule 7.1(d)(5), an automatic extension of the April 15, 2013 motion day for the Motion for Leave to File Amended Complaint filed by Lead Plaintiffs and certified Class Representatives the Public Employees' Retirement System of Mississippi, Steven LeVan, Jerome Haber and Richard Reynolds (collectively, "Plaintiffs"). (*See* ECF No. 489.) The new motion day for the motion shall be May 6, 2013. Accordingly, Defendants' opposition(s) to Plaintiffs' motion shall now be due on or before April 22, 2013. Plaintiffs' reply papers, if any, shall now be due on or before April 29, 2013. This letter is being filed before the date on which Defendants' opposition(s) would otherwise be due under Local Rule 7.1(d)(2). No previous extension has been requested or obtained in connection with this motion.

      Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Karin A. DeMasi*
Karin A. DeMasi

---

[1] Defendant Dr. Edward M. Scolnick, who is separately represented, joins in this letter.

William T. Walsh, Clerk
   United States District Court
      District of New Jersey
         Martin Luther King, Jr. Federal Building
         & U.S. Courthouse
           50 Walnut Street
              Newark, NJ 07101

VIA ELECTRONIC FILING

Copies to:

David A. P. Brower, Esq.
   Brower Piven
      A Professional Corporation
         475 Park Avenue South, 33rd Floor
           New York, NY 10016

Salvatore J. Graziano, Esq.
   Bernstein Litowitz Berger & Grossmann LLP
      1285 Avenue of the Americas
         New York, NY 10019

Mark Levine, Esq.
   Stull, Stull & Brody
      6 East 45th Street, 5th Floor
         New York, NY 10017

Matthew A. Kupillas, Esq.
   Milberg LLP
      One Pennsylvania Plaza
         New York, NY 10119

Paul B. Brickfield, Esq.
   Brickfield & Donahue
      70 Grand Avenue
         River Edge, NJ 07661

James E. Cecchi, Esq.
   Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
      5 Becker Farm Road
         Roseland, NJ 07068

Alfred C. Decotiis, Esq.
　　Decotiis, Fitzpatrick & Cole LLP
　　　　Glenpointe Centre West
　　　　　　500 Frank W. Burr Boulevard
　　　　　　　　Teaneck, NJ 07666

Geoffrey C. Jarvis, Esq.
　　Grant & Eisenhofer P.A.
　　　　123 Justison Street
　　　　　　Wilmington, DE 19801

Stuart L. Berman, Esq.
　　Kessler Topaz Meltzer & Check, LLP
　　　　280 King of Prussia Road
　　　　　　Radnor, PA 19087

William H. Gussman, Jr., Esq.
　　Schulte Roth & Zabel LLP
　　　　919 Third Avenue
　　　　　　New York, NY 10022

Eric S. Parnes, Esq.
　　Hughes Hubbard & Reed LLP
　　　　1775 I Street, N.W.
　　　　　　Washington, DC 20006

VIA EMAIL PDF