# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE MERCK & CO., INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION | : : : : | MDL No. 1658 (SRC) |
| | : : | Civil Action No. 05-1151 (SRC) Civil Action No. 05-2367 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | : : : : | ORDER |

**CHESLER**, District Judge

      This matter having come before the Court on the motion filed by Lead Plaintiffs for leave to file a Sixth Amended Class Action Complaint ("Sixth Amended Complaint")[1]; and Defendants Merck & Co., Inc. and Alise Reicin having opposed the motion; and the Court having considered the papers filed by the parties; and the Court having proceeded to rule on the motion based on the papers and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith; and for good cause shown,

      **IT IS** on this 29th day of May, 2013,

      **ORDERED** that Lead Plaintiffs' motion for leave to file a Sixth Amended Class Action Complaint be and hereby is **GRANTED IN PART and DENIED IN PART**; and it is further

---

[1] **Error! Main Document Only.** In Civil Action No. 05-1151, the motion is docketed at entry 402. In Civil Action No. 05-2367, the motion is docketed at entry 489.

**ORDERED** that Lead Plaintiffs may file a Sixth Amended Complaint which adds allegations concerning the "4% Statement" as described in the accompanying Opinion; and it is further

**ORDERED** that insofar as the motion seeks leave to file a Sixth Amended Complaint which expands the Exchange Act claims based on allegations concerning the November 1, 2004 Wall Street Journal article, it is denied; and it is further

**ORDERED** that the Sixth Amended Complaint shall conform to all prior rulings in this case and shall not reassert allegations previously dismissed as inactionable.

  s/Stanley R. Chesler  
STANLEY R. CHESLER  
United States District Judge