James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

*Liaison Counsel for Lead Plaintiffs*

| | |
|---|---|
| Salvatore J. Graziano | David A.P. Brower |
| David Wales | Richard Weiss |
| Adam H. Wierzbowski | BROWER PIVEN |
| BERNSTEIN LITOWITZ BERGER |    A PROFESSIONAL CORPORATION |
|    & GROSSMANN LLP | 475 Park Avenue South, 33rd Floor |
| 1285 Avenue of the Americas | New York, NY 10016 |
| New York, NY 10019 | (212) 501-9000 |
| (212) 554-1400 | |
| | |
| Matthew A. Kupillas | Jules Brody |
| Roland W. Riggs | Mark Levine |
| David Pepper | Patrick Slyne |
| MILBERG LLP | STULL, STULL & BRODY |
| One Pennsylvania Plaza | 6 East 45th Street, 5th Floor |
| New York, NY 10119 | New York, NY 10017 |
| (212) 594-5300 | (212) 687-7230 |

*Co-Lead Counsel for Lead Plaintiffs*
*and the Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC)<br>Case No. 2:05-CV-01151-SRC-CLW |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-02367-SRC-CLW |

### [PROPOSED] ORDER

This matter having been opened to the Court by way of motion by Lead Plaintiffs for the entry of an Order sealing Lead Plaintiffs' Memorandum of Law in Support of their Motion for

Leave to File Amended Class Action Complaint and the Declaration of Salvatore J. Graziano and exhibits annexed thereto, including the proposed Sixth Amended Complaint, and the Court having considered Lead Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this ____5____ day of ~~April~~ June, 2013,

ORDERED that Lead Plaintiffs' motion is GRANTED, and Lead Plaintiffs' Memorandum of Law in Support of their Motion for Leave to File Amended Class Action Complaint and the Declaration of Salvatore J. Graziano and exhibits annexed thereto, including the proposed Sixth Amended Complaint, are hereby sealed.

*s/Cathy L. Waldor*
_____
CATHY L. WALDOR, U.S.M.J.