**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
Telephone: (201) 536-9220

Attorneys for Defendants
Merck & Co., Inc. and Alise S. Reicin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |

**ORDER**

This matter having been opened to the Court by Hughes Hubbard & Reed LLP, attorneys in the Consolidated Securities Action for Defendants Merck & Co., Inc. and Alise S. Reicin, for an Order pursuant to Local Civil Rule 101.1(c) granting the *pro hac vice* admission of Daniella L. Esses, Esq., a member in good standing of the New York bar, for the purpose of representing these Defendants; and based upon the Certification of Daniella L. Esses, Esq., showing her admission and good standing and the Certification of Wilfred P. Coronato, Esq., an attorney admitted to practice before this Court; and good cause appearing;

IT IS on this  6  day of  August  2013,

ORDERED that Defendants' application for the *pro hac vice* admission of Daniella L. Esses, Esq., is hereby granted;

AND IT IS FURTHER ORDERED that:

1. Daniella L. Esses, Esq., is admitted *pro hac vice* for the purpose of representing Defendants Merck & Co., Inc. and Alise S. Reicin in the captioned matters;

2. Ms. Esses shall abide by the Rules of this Court and the New Jersey Rules of Court, including Local Civil Rule 104.1 and all other disciplinary rules;

4. Ms. Esses shall notify the Court immediately of any matter affecting her standing at the bar of any other court;

5. Ms. Esses shall comply with New Jersey Court Rules 1:20-1(b) and 1:28-2(a) by paying the fees required by those Rules; and

6. Ms. Esses shall comply with Local Civil Rule 101.1(c)(3) by making a payment of $150.00 to the Clerk of this Court within 20 days of the entry of this Order.

_____
HONORABLE ~~STANLEY R. CHESLER~~ Cathy L. Waldor
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

2

62395392_1