**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
Telephone: (201) 536-9220

Attorneys for Defendants
Merck & Co., Inc. and Alise S. Reicin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., SECURITIES, DERIVATIVE & "ERISA" LITIGATION | MDL No. 1658 (SRC) |
| THIS DOCUMENT RELATES TO: THE CONSOLIDATED SECURITIES ACTION | Case No. 2:05-CV-01151-SRC-MAS<br>Case No. 2:05-CV-02367-SRC-MAS |

**ORDER**

This matter having been opened to the Court by Hughes Hubbard & Reed LLP, attorneys in the Consolidated Securities Action for Defendants Merck & Co., Inc. and Alise S. Reicin, for an Order pursuant to Local Civil Rule 101.1(c) granting the *pro hac vice* admission of Rebecca Rettig, Esq., a member in good standing of the New York bar, for the purpose of representing these Defendants; and based upon the Certification of Rebecca Rettig, Esq., showing her admission and good standing and the Certification of Wilfred P. Coronato, Esq., an attorney admitted to practice before this Court; and good cause appearing;

IT IS on this 6th day of August 2013,

ORDERED that Defendants' application for the *pro hac vice* admission of Rebecca Rettig, Esq., is hereby granted;

AND IT IS FURTHER ORDERED that:

1. Rebecca Rettig, Esq., is admitted *pro hac vice* for the purpose of representing Defendants Merck & Co., Inc. and Alise S. Reicin in the captioned matters;

2. Ms. Rettig shall abide by the Rules of this Court and the New Jersey Rules of Court, including Local Civil Rule 104.1 and all other disciplinary rules;

4. Ms. Rettig shall notify the Court immediately of any matter affecting her standing at the bar of any other court;

5. Ms. Rettig shall comply with New Jersey Court Rules 1:20-1(b) and 1:28-2(a) by paying the fees required by those Rules; and

6. Ms. Rettig shall comply with Local Civil Rule 101.1(c)(3) by making a payment of $150.00 to the Clerk of this Court within 20 days of the entry of this Order.

*[signature: Cathy L. Waldor]*

~~HONORABLE STANLEY R. CHESLER~~
~~UNITED STATES DISTRICT JUDGE~~
Hon. Cathy L. Waldor,
United States Magistrate Judge

2