# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | ANDREW W. NEEDHAM | WORLDWIDE PLAZA | KARIN A. DEMASI | BENJAMIN GRUENSTEIN |
| EVAN R. CHESLER | STEPHEN L. BURNS | 825 EIGHTH AVENUE | LIZABETHANN R. EISEN | JOSEPH D. ZAVAGLIA |
| KRIS F. HEINZELMAN | KEITH R. HUMMEL | NEW YORK, NY 10019-7475 | DAVID S. FINKELSTEIN | STEPHEN M. KESSING |
| B. ROBBINS KIESSLING | DAVID J. KAPPOS | | DAVID GREENWALD | LAUREN A. MOSKOWITZ |
| ROGER D. TURNER | DANIEL SLIFKIN | TELEPHONE: +1-212-474-1000 | RACHEL G. SKAISTIS | DAVID J. PERKINS |
| PHILIP A. GELSTON | ROBERT I. TOWNSEND, III | FACSIMILE: +1-212-474-3700 | PAUL H. ZUMBRO | JOHNNY G. SKUMPIJA |
| RORY O. MILLSON | WILLIAM J. WHELAN, III | | JOEL F. HEROLD | J. LEONARD TETI, II |
| RICHARD W. CLARY | SCOTT A. BARSHAY | | ERIC W. HILFERS | D. SCOTT BENNETT |
| WILLIAM P. ROGERS, JR. | PHILIP J. BOECKMAN | | GEORGE F. SCHOEN | TING S. CHEN |
| JAMES D. COOPER | ROGER G. BROOKS | CITYPOINT | ERIK R. TAVZEL | CHRISTOPHER K. FARGO |
| STEPHEN L. GORDON | WILLIAM V. FOGG | ONE ROPEMAKER STREET | CRAIG F. ARCELLA | KENNETH C. HALCOM |
| DANIEL L. MOSLEY | FAIZA J. SAEED | LONDON EC2Y 9HR | TEENA-ANN V. SANKOORIKAL | DAVID M. STUART |
| ROBERT H. BARON | RICHARD J. STARK | TELEPHONE: +44-20-7453-1000 | ANDREW R. THOMPSON | JONATHAN L. DAVIS |
| KEVIN J. GREHAN | THOMAS E. DUNN | FACSIMILE: +44-20-7860-1150 | DAMIEN R. ZOUBEK | AARON M. GRUBER |
| C. ALLEN PARKER | MARK I. GREENE | | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| SUSAN WEBSTER | DAVID R. MARRIOTT | | TATIANA LAPUSHCHIK | OMID H. NASAB |
| DAVID MERCADO | MICHAEL A. PASKIN | | ERIC L. SCHIELE | |
| ROWAN D. WILSON | ANDREW J. PITTS | WRITER'S DIRECT DIAL NUMBER | ALYSSA K. CAPLES | SPECIAL COUNSEL |
| CHRISTINE A. VARNEY | MICHAEL T. REYNOLDS | +1-212-474-1059 | JENNIFER S. CONWAY | SAMUEL C. BUTLER |
| PETER T. BARBUR | ANTONY L. RYAN | | MINH VAN NGO | GEORGE J. GILLESPIE, III |
| SANDRA C. GOLDSTEIN | GEORGE E. ZOBITZ | | KEVIN J. ORSINI | |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | WRITER'S EMAIL ADDRESS | MATTHEW MORREALE | |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | kdemasi@cravath.com | JOHN D. BURETTA | OF COUNSEL |
| RICHARD HALL | GARY A. BORNSTEIN | | J. WESLEY EARNHARDT | MICHAEL L. SCHLER |
| JULIE A. NORTH | TIMOTHY G. CAMERON | | YONATAN EVEN | |

August 17, 2015

<u>In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation</u>
*GIC Private Limited v. Merck & Co., Inc., et al.*, 15-CV-866 (the "GIC Action")

Dear Judge Waldor:

    I write to inform the Court that Plaintiff GIC confirmed today that it will appear for deposition in New York City. Accordingly, the dispute set forth in the parties' joint letter to the Court filed July 20, 2015 (Dkt. No. 20), and in my letter dated August 14, 2015 (Dkt. No. 24), no longer requires the Court's attention.

                 Respectfully submitted,

                  Karin A. DeMasi

The Honorable Cathy L. Waldor
  United States District Court for the District of New Jersey
    Martin Luther King, Jr. Federal Building & U.S. Courthouse
      50 Walnut Street
        Newark, NJ 07101

VIA ECF

Copies to:

All Counsel of Record in all cases in the Consolidated Securities Action

VIA ECF